56 A.3d 866

IN THE MATTER OF AURELIA M. DURANT, AN ATTORNEY AT LAW (ATTORNEY NO. 022961999).

December 6, 2012.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 12–117, concluding that **AURELIA M. DURANT** of **STOCKBRIDGE, GEORGIA,** who was admitted to the bar of this State in 1999, should be admonished for violating *RPC* 1.4(b) (failure to communicate with client) and *RPC* 1.4(c) (failure to explain a matter so as to permit client to make informed decisions regarding the representation), and good cause appearing;

It is ORDERED that **AURELIA M. DURANT** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.